# IN THE UNITED STATED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN HONDA MOTOR CO., INC. <br><br> Defendant. | Case No: 2:15-cv-01877-JRG-RSP |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC <br><br> Plaintiff, <br><br> vs. <br><br> MERCEDES-BENZ USA, LLC <br><br> Defendant. | Case No: 2:15-cv-01880-JRG-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Rothschild Connected Devices Innovations, LLC's motion to dismiss with prejudice Defendant Mercedes- Benz USA, LLC. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Therefore, IT IS ORDERED that claims by and between parties are dismissed with prejudice.

**SIGNED this 6th day of June, 2016.**

ROY S. PAYNE  
UNITED STATES MAGISTRATE JUDGE